UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

----------------------------------------X
                                        :
In re:                                  :    Chapter 7
                                        :
PROTEGRITY, INC.,                       :    Case No. 03-51162 (AHWS)
                                        :
         Debtor                         :
----------------------------------------X    January 24, 2012

### REPORT OF SMALL/UNCLAIMED DIVIDENDS

The undersigned trustee reports:

_____    The dividend(s) payable to the creditor(s) listed in Exhibit A hereto is (are) in an amount less than that Specified in Bankruptcy Rule 3010.

__X__    More than ninety (90) days have passed since the final distribution. I have made a reasonable effort to locate those creditors who did not cash their checks within 90 days or whose checks were returned undeliverable. The dividend(s) payable to the creditor(s) listed in Exhibit A hereto remain unclaimed.

Pursuant to Bankruptcy Rule 3010 or 3011, as applicable, and 11 U.S.C. §347(a), the undersigned trustee remits herewith a check in the total amount shown on Exhibit A for deposit into the United States Treasury, pursuant to chapter 129 of title 28.

DATED:    January 24, 2012.

_____
Richard M. Coan, Trustee (ct06376)
Coan, Lewendon, Gulliver
& Miltenberger, LLC
495 Orange Street
New Haven, CT 06511
Telephone: (203) 624-4756
Facsimile: (203) 865-3673
rcoan@coanlewendon.com

# EXHIBIT A

Case Name:   PROTEGRITY, INC.

Case Number: 03-51162 (AHWS)

| Name and Address | Claim Number | Distribution Amount | Small Dividend | Unclaimed Dividend |
|---|---|---|---|---|
| Quasar International<br>c/o Brunel House<br>55 - 57 North Wharf Road<br>London, W2 1LA | 10 | $ 105.44 | N/A | $ 105.44 |
| Robert Sjoberg<br>Mjornvagen 4<br>443 72 Grabo Sweden | 11 | $ 43.86 | N/A | $ 43.86 |
| Anders Wexen<br>Parkvagen 17<br>169 35 Solna Sweden | 15 | $ 26.32 | N/A | $ 26.32 |
| Bengt Stenvall<br>Badhusgatan 1<br>452 30 Stromstad Sweden | 23 | $ 96.50 | N/A | $ 96.50 |
| Mari Inyemarsson<br>Angalychan 9<br>523 38 Ulricehamn Sweden | 28 | $ 6.14 | N/A | $ 6.14 |
| Eva Hjelte<br>Dirigentgatan 3<br>42138 V. Frolunda Sweden | 30 | $ 9.65 | N/A | $ 9.65 |
| Martin Karlsson<br>Vallengatan 13<br>SE 452 32 Stromstad Sweden | 31 | $ 30.70 | N/A | $ 30.70 |

EXHIBIT A

Case Name:  PROTEGRITY, INC.

Case Number: 03-51162 (AHWS)

| Name and Address | Claim Number | Distribution Amount | Small Dividend | Unclaimed Dividend |
|---|---|---|---|---|
| Lars Hjorth<br>Presikeviken 39<br>223 55 Lund Sweden | 32 | $ 17.54 | N/A | $ 17.54 |
| Hakan Johansson<br>Sjonasgatan 2<br>S 57940 Berga Sweden | 33 | $ 11.40 | N/A | $ 11.40 |
| Kjell Oskarsson<br>Angsvagen 18<br>435 43 Sweden | 35 | $ 8.77 | N/A | $ 8.77 |
| Bertil Lindqvist<br>Nybrogatan 45B<br>S 114 39 Stockholm Sweden | 36 | $ 877.23 | N/A | $ 877.23 |
| Stefan Andhill<br>Kullingsbergsvagan 26<br>441 43 Alingsas Sweden | 38 | $ 61.41 | N/A | $ 61.41 |
| Osten Ahlberg<br>Niagaravagen 23<br>SE 260 40 Viken Sweden | 50 | $ 52.63 | N/A | $ 52.63 |
| Jan Johansson<br>Avagen 14<br>Ahus 296 38 Sweden | 52 | $ 2,458.97 | N/A | $ 2,458.97 |
| Olle Bergkvist<br>Gamla Slattangsvagen 22<br>291 62 Kristianstad Sweden | 53 | $ 44.49 | N/A | $ 44.49 |
| Lars Ekberg<br>Vastra Storgatan 42<br>291 31 Kristianstad Sweden | 54 | $ 22.24 | N/A | $ 22.24 |

## EXHIBIT A

Case Name:   PROTEGRITY, INC.

Case Number: 03-51162 (AHWS)

| Name and Address | Claim Number | Distribution Amount | Small Dividend | Unclaimed Dividend |
|---|---|---|---|---|
| Leif Askman<br>Emblavagen 6<br>281 43 Hassleholm Sweden | 55 | $ 11.18 | N/A | $ 11.18 |
| Jan Jonsson<br>Knackstensvagen 7<br>291 66 Kristianstad Sweden | 56 | $ 11.18 | N/A | $ 11.18 |
| Fastihets AB Hunden<br>Tivoligatan 2<br>291 31 Kristianstad Sweden | 57 | $ 11.18 | N/A | $ 11.18 |
| Ake Ekstrom<br>Gyvik 2564<br>280 62 Sibbhult Sweden | 58 | $ 11.18 | N/A | $ 11.18 |
| Taxen 1 I Kristianstad AB<br>Tivoligatan 2<br>291 31 Kristianstad Sweden | 59 | $ 17.19 | N/A | $ 17.19 |
| Lars Erik Larsson<br>Neimans vag 6<br>291 50 Kristianstad Sweden | 61 | $ 9.90 | N/A | $ 9.90 |
| Kaj Lernfelt<br>Eriksgatan 9D<br>S 752 18 Uppsala Sweden | 64 | $ 22.81 | N/A | $ 22.81 |
| Swedbank<br>International Payments<br>Brunkebergstorg 8 | 66 | $ 438.62 | N/A | $ 438.62 |
| Anneli Danielsson<br>Avenue Lambeau 29<br>1200 Brussels Belgium | 70 | $ 78.95 | N/A | $ 78.95 |
| Peter Johansson<br>Sandgardsvagon 20A<br>468 30 Vargon Sweden | 73 | $ 666.40 | N/A | $ 666.40 |

**Page 3 of 5**

## EXHIBIT A

Case Name:   PROTEGRITY, INC.

Case Number: 03-51162 (AHWS)

| Name and Address | Claim Number | Distribution Amount | Small Dividend | Unclaimed Dividend |
|---|---|---|---|---|
| Hjalmar Danielsson<br>Hamngatan 48<br>S 921 31 Lycksele Sweden | 74 | $ 61.41 | N/A | $ 61.41 |
| Hjalmar Danielsson<br>Hamngatan 48<br>S 921 31 Lycksele Sweden | 75 | $ 17.54 | N/A | $ 17.54 |
| ASK Arvingarna<br>Hjalmar Danielsson<br>Hamngatan 48 | 76 | $ 13.16 | N/A | $ 13.16 |
| Hans Olsson<br>Avagen 12B<br>296 38 Ahus Sweden | 78 | $ 20.87 | N/A | $ 20.87 |
| Kristina Wikstrom<br>Kvinnegyvagen 61<br>589 33 Linkoping, SW | 80 | $ 8.77 | N/A | $ 8.77 |
| Thomas Haeger<br>Carlandersplatsen 4<br>412 55 Goteberg Sweden | 82 | $ 43.86 | N/A | $ 43.86 |
| Lars Erik Olsson<br>Gamla Bastebergsvagen 5B<br>421 66 Vasta Frolunda<br>Sweden | 83 | $ 95.87 | N/A | $ 95.87 |
| Jorgen Olsson<br>Gamla Bastebergsvagen 5B<br>421 66 Vasta Frolunda<br>Sweden | 84 | $ 28.76 | N/A | $ 28.76 |
| Kjell Lindgren<br>Polovagen 12 B<br>187 31 Taby Sweden | 85 | $ 469.44 | N/A | $ 469.44 |

EXHIBIT A

Case Name:   PROTEGRITY, INC.

Case Number: 03-51162 (AHWS)

| Name and Address | Claim Number | Distribution Amount | Small Dividend | Unclaimed Dividend |
|---|---|---|---|---|
| Rorcompaniet I Stockholm AB<br>Tulegaten 55<br>S 113 53 Stockholm Sweden | 87 | $ 481.55 | N/A | $ 481.55 |
| Ingemar Essebro<br>Alvagen 19<br>Sollentuna 191 33 Sweden | 88 | $ 978.39 | N/A | $ 978.39 |
| Ingemar Essebro<br>Alvagen 19<br>Sollentuna 191 33 Sweden | 90 | $ 469.44 | N/A | $ 469.44 |
| CNF AB<br>Beckasinvagen 13<br>803 09 Gavle Sweden | 91 | $ 1,969.04 | N/A | $ 1,969.04 |
| TOTAL AMOUNT REMITTED TO CLERK: | | $ | N/A | $ 9,809.98* |

* Two checks were issued as follows: $230.70 (dividends less than $25.00) and $9,579.28 (dividends greater than $25.00) totaling $9,809.98.